UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
FEN X. CHEN, QIU CHEN, YU ZHENG,         :
CHAI CHEN, DANG ZHENG, HUA CHEN,         :
YONG CHEN, KUN HUANG, and QI LIU,        :
:
:
            Plaintiffs,                  :
:
    - against -                          :   01 Civ. 0792 (ILG) (RML)
:
:
STREET BEAT SPORTSWEAR, INC.,            :
ALBERT PAPOUCHADO, MICHEL AMAR,          :
JIAN WEN LIANG a.k.a. RAYMOND            :
LIANG, FEN CHEN a.k.a. HUA FEN CHEN,     :
LUN WEI FAN, 1A FASHIONS INC., and       :
RED ARROW INC.,                          :
:
            Defendants.                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT
AGAINST DEFENDANTS STREET BEAT SPORTSWEAR, INC.,
<u>MICHEL AMAR, AND ALBERT PAPOUCHADO</u>**

Please take notice that upon the Declaration of Kenneth Kimerling in Support of

Plaintiffs' Cross Motion for Summary Judgment Against Defendants Street Beat Sportswear,

Inc., Michel Amar, and Albert Papouchado (with exhibits attached thereto), Plaintiffs' Rule 56.1

Statement on Plaintiffs' Cross Motion for Summary Judgment against defendants Street Beat

Sportswear, Inc., Michel Amar, and Albert Papouchado, and Plaintiffs' Memorandum of Law in

Support of their Cross Motion for Summary Judgment against Defendants Street Beat

Sportswear, Inc., Michel Amar, and Albert Papouchado and in Opposition to Defendants' Motion

for Summary Judgment,  plaintiffs will move this Court before the Honorable I. Leo Glasser for

summary judgment against defendants Street Beat Sportswear, Inc., Albert Papouchado and

1

Michel Amar pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In accordance with the schedule agreed upon by the parties, defendants shall respond by November 15, 2004, and plaintiffs will reply by December 3, 2004.

Dated: October 22, 2004

DAVIS POLK & WARDWELL

By: *Monica Lamb*

James H.R. Windels
Monica Lamb (ML-6096)
Sarah Haan

450 Lexington Avenue
New York, NY 10014
212-450-4000

Kenneth Kimerling
ASIAN AMERICAN LEGAL DEFENSE
  AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
212-966-5932

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

Monica Lamb, an attorney admitted to practice in this District, hereby certifies that on October 22, 2002, I caused a true copy of the Plaintiffs' Notice of Motion, Memorandum of Law, Declaration, and Rule 56.1 Statements to be served by courier upon the following:

>Alan B. Pearl, Esq.
>Alan B. Pearl & Associates, P.C.
>6800 Jericho Turnpike, Suite 218E
>Syosset, NY 11791
>*Attorneys for Street Beat Sportswear,*
>*Albert Papouchado, and Michel Amar*

>J. James Bambury, Esq.
>Bambury & Bambury
>225 Broadway
>New York, N.Y. 10007-3001
>*Attorney for Defendant Lun Wei Fan*

>Marvin David, Esq.
>Bryer & David
>225 Broadway
>New York, N.Y. 10007
>*Attorney for Defendant Raymond Liang*

Dated: New York, New York
October 22, 2002

*/s/ Monica Lamb*
Monica Lamb